IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        **DEFAULT O/E JAD**
                                                :
LISIA CARTWRIGHT,                               :        BANKRUPTCY NO. 18-70723-JAD
                        DEBTOR                  :
                                                :
LISIA CARTWRIGHT,                               :        CHAPTER 13
                        MOVANT                  :
                                                :        RELATED TO DOCUMENT NO. 5
                vs.                             :
                                                :
AFNI, INC.,                                     :
AT&T MOBILITY,                                  :
ATLANTIC BROADBAND,                             :
BANK OF AMERICA,                                :
C&G,                                            :
CAPITAL ONE,                                    :
CHASE CARD,                                     :
CITIBANK,                                       :
CREDIT ONE BANK,                                :
CREDIT PROTECTION,                              :
DISH NETWORK,                                   :
DIVERSIFIED CONSULTANT,                         :
DSNB MACYS,                                     :
KOHLS,                                          :
LVNV FUNDING,                                   :
M&T BANK,                                       :
NATIONWIDE,                                     :
PORTFOLIO RECOVERY,                             :
SEVENTH AVENUE,                                 :
SYNCB,                                          :
THE BUREAUS INC.,                               :
VERIZON WIRELESS,                               :
WELLS FARGO,                                    :
                        RESPONDENTS             :        FILED PURSUANT TO
                                                :        11 U.S.C. § 362 (C) (3)
                and                             :
                                                :
RONDA J. WINNECOUR, ESQ.                        :
CHAPTER 13 TRUSTEE,                             :
                ADDITIONAL                      :
                RESPONDENT                      :

ORDER

AND NOW, on this 30th day of October, 2018, upon consideration of the within Motion, it is hereby

ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to

all named respondents or until further order of Court.

BY THE COURT,

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
10/30/18 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-70723-JAD
Lisia Cartwright                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala             Page 1 of 2          Date Rcvd: Oct 30, 2018
                             Form ID: pdf900        Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db            +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
14927219       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14927220      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14927221      +C & G,    1201 12th St,    Altoona, PA 16601-3421
14927224      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14927225      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14927226      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14927229      +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14927232      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14927233      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14927238       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14927244      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14927246      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14927218      +E-mail/Text: g20956@att.com Oct 31 2018 02:54:48     AT&T Mobility,    PO Box 6416,
               Carol Stream, IL 60197-6416
14927217      +E-mail/Text: EBNProcessing@afni.com Oct 31 2018 02:54:25      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
14927222       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:03:12      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
14927223       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2018 03:03:12      Capital One,
               1500 Capital One Drive,    Richmond, VA 23238
14927227      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2018 03:01:30      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
14927228      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2018 03:02:25      Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
14927230      +E-mail/Text: Bankruptcy.Consumer@dish.com Oct 31 2018 02:54:11      Dish Network,    PO Box 94053,
               Palatine, IL 60094-4053
14927231      +E-mail/Text: bankruptcynotices@dcicollect.com Oct 31 2018 02:54:47      Diversified Consultant,
               10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14927234      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2018 02:53:31      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14927235      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2018 03:01:44      Lvnv Funding Llc,
               Po Box 1269,    Greenville, SC 29602-1269
14927237       E-mail/Text: camanagement@mtb.com Oct 31 2018 02:53:39     M & T Bank,    1 Fountain Plz Fl 4,
               Buffalo, NY 14203
14927236       E-mail/Text: camanagement@mtb.com Oct 31 2018 02:53:39     M & T Bank,    Po Box 900,
               Millsboro, DE 19966
14928131      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:01:29
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14927239      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:01:29
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14927240      +E-mail/Text: bankruptcy@sccompanies.com Oct 31 2018 02:55:15      Seventh Avenue,    1112 7th Ave,
               Monroe, WI 53566-1364
14927241      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:12      Syncb/amer Eagle,    Po Box 965005,
               Orlando, FL 32896-5005
14927242      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:01:24      Syncb/jcp,    Po Box 965007,
               Orlando, FL 32896-5007
14927243      +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:13      Syncb/lane Furniture,
               C/o Po Box 965036,    Orlando, FL 32896-0001
14927245      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 31 2018 02:53:23
               Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                 TOTAL: 19


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                         TOTALS: 1, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: aala            Page 2 of 2           Date Rcvd: Oct 30, 2018
                              Form ID: pdf900       Total Noticed: 32
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lawrence W. Willis   on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                    TOTAL: 4
```