FILED
11/5/18 6:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 18-70723-JAD |
| **Lisia Cartwright,** | Chapter 13 |
| Debtor | |
| | Related to Document No. 20 |
| **Lisia Cartwright,** | |
| Movant | |
| vs. | |
| **Ronda J. Winnecour** Esquire Chapter 13 Trustee, Respondent | |

## ORDER

**AND NOW**, on this <u>5th</u> day of <u>November</u>, 2018, upon consideration of the **SECOND** Motion of the above-reference Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices is hereby extended *up to and including* **November 13, 2018**. **No further extension shall be granted unless extenuating circumstances exist**

BY THE COURT:

_____    mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Lisia Cartwright
  Lawrence W. Willis, Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                                Case No. 18-70723-JAD
Lisia Cartwright                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala                Page 1 of 1              Date Rcvd: Nov 06, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db             +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4