# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-70723-JAD |
| | : | |
| **Lisia Cartwright** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Lisia Cartwright** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Lisia Cartwright**, hereby state as follows:

1. I will be starting a job with The Commonwealth of Pennsylvania October 9, 2018 and I expect to earn wages of $2,821.87 per month.

2. Prior to this I worked for UPMC part-time and I earned average wages of $589.33 per month through June 2018.

3. I receive Food Stamps in the amount of $192.00 per month.

4. My niece lives in the household and contributes $250.00 per month.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>November 7, 2018</u>                    /s/ **Lisia Cartwright**
                                                  **Lisia Cartwright**
                                                  Debtor