| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Lisia Cartwright** | Social Security number or ITIN | **xxx–xx–8542** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  13 | **10/8/18** |
| Case number: | **18–70723–JAD** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisia Cartwright | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2009 12th Ave<br>Altoona, PA 16602 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br><br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/14/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 18, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/17/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/18/19** at **11:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70723-JAD
Lisia Cartwright                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: aala              Page 1 of 2                  Date Rcvd: Nov 14, 2018
                             Form ID: 309I           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db          +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
tr          +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14927219     Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14927221    +C & G,   1201 12th St,    Altoona, PA 16601-3421
14947933    ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
             (address filed with court:  Creditors Bankruptcy Service,     PO Box 800849,    Dallas, TX 75380)
14927224    +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14927226    +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14927233    +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14927238     Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14947943    +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
14927244    +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: ecf@westernpabankruptcy.com Nov 15 2018 03:56:31     Lawrence W. Willis,
              Willis & Associates,    201 Penn Center Blvd,    Suite 310,    Pittsburgh, PA 15235
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:57:32     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 15 2018 03:57:42
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14927218    +EDI: CINGMIDLAND.COM Nov 15 2018 08:33:00      AT&T Mobility,    PO Box 6416,
              Carol Stream, IL 60197-6416
14927217    +EDI: AFNIRECOVERY.COM Nov 15 2018 08:33:00      Afni, Inc.,    Po Box 3097,
              Bloomington, IL 61702-3097
14927220     EDI: BANKAMER.COM Nov 15 2018 08:33:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
14947923    +EDI: BL-BECKET.COM Nov 15 2018 08:33:00      Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
14927222     EDI: CAPITALONE.COM Nov 15 2018 08:33:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
14927223     EDI: CAPITALONE.COM Nov 15 2018 08:33:00      Capital One,    1500 Capital One Drive,
              Richmond, VA 23238
14927225    +EDI: CHASE.COM Nov 15 2018 08:33:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14927227    +EDI: RCSFNBMARIN.COM Nov 15 2018 08:33:00      Credit One Bank,    PO Box 98873,
              Las Vegas, NV 89193-8873
14927228    +EDI: RCSFNBMARIN.COM Nov 15 2018 08:33:00      Credit One Bank Na,    Po Box 98875,
              Las Vegas, NV 89193-8875
14927229    +EDI: CREDPROT.COM Nov 15 2018 08:33:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
              Dallas, TX 75240-6837
14927230    +EDI: ESSL.COM Nov 15 2018 08:33:00      Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
14927231    +EDI: DCI.COM Nov 15 2018 08:33:00      Diversified Consultant,    10550 Deerwood Park Blvd,
              Jacksonville, FL 32256-0596
14927232    +EDI: TSYS2.COM Nov 15 2018 08:33:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14927234    +EDI: CBSKOHLS.COM Nov 15 2018 08:33:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
14940922     EDI: RESURGENT.COM Nov 15 2018 08:33:00      LVNV Funding, LLC its successors and assigns as,
              assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
14927235    +EDI: RESURGENT.COM Nov 15 2018 08:33:00      Lvnv Funding Llc,    Po Box 1269,
              Greenville, SC 29602-1269
14927237     E-mail/Text: camanagement@mtb.com Nov 15 2018 03:56:52     M & T Bank,    1 Fountain Plz Fl 4,
              Buffalo, NY 14203
14927236     E-mail/Text: camanagement@mtb.com Nov 15 2018 03:56:52     M & T Bank,    Po Box 900,
              Millsboro, DE 19966
14947945     EDI: PRA.COM Nov 15 2018 08:33:00      Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
14928131    +EDI: PRA.COM Nov 15 2018 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14927239    +EDI: PRA.COM Nov 15 2018 08:33:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
14927240    +EDI: CBS7AVE Nov 15 2018 08:33:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14927241    +EDI: RMSC.COM Nov 15 2018 08:33:00      Syncb/amer Eagle,    Po Box 965005,
              Orlando, FL 32896-5005
14927242    +EDI: RMSC.COM Nov 15 2018 08:33:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14927243    +EDI: RMSC.COM Nov 15 2018 08:33:00      Syncb/lane Furniture,    C/o Po Box 965036,
              Orlando, FL 32896-0001
14927245    +EDI: VERIZONCOMB.COM Nov 15 2018 08:33:00      Verizon Wireless,    Po Box 650051,
              Dallas, TX 75265-0051
14927246    +EDI: WFFC.COM Nov 15 2018 08:33:00      Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                               TOTAL: 30
```

```
District/off: 0315-7          User: aala                  Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: 309I               Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
cr*             +PRA Receivables Management, LLC,    PO Box 41021,     Norfolk, VA 23541-1021
14947920*       +AT&T Mobility,    PO Box 6416,    Carol Stream, IL 60197-6416
14947919*       +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
14947921*        Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14947922*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14947924*       +C & G,   1201 12th St,    Altoona, PA 16601-3421
14947925*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14947926*        Capital One,    1500 Capital One Drive,    Richmond, VA 23238
14947927*       +Capital One - Best Buy,     P.O. Box 9001007,    Louisville, KY 40290-1007
14947928*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14947929*       +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14947930*       +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
14947931*       +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14947932*       +Credit Protection Asso,     13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14947934*       +Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
14947935*       +Diversified Consultant,     10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14947936*       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14947937*       +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14947938*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14947939*       +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
14947941*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,     626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,     1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14947940*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,     626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,     Po Box 900,    Millsboro, DE 19966)
14947942*        Nationwide,    Cscl Dispute Team N8235-04m,     Des Moines, IA 50306
14947944*       +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4952
14947946*       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14947947*       +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14947948*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14947949*       +Syncb/lane Furniture,    C/o Po Box 965036,     Orlando, FL 32896-0001
14947950*       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14947951*       +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14947952*       +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                              TOTALS: 1, * 31, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```