FILED
11/14/18 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Lisia Cartwright,**

Debtor

**Lisia Cartwright,**

Movant

vs.

**Ronda J. Winnecour** Esquire
Chapter 13 Trustee,
Respondent

Bankruptcy No. 18-70723-JAD

Chapter 13

Related to Doc. No. 27

## ORDER

**AND NOW**, on this 14th day of November, 2018, upon consideration of the **THIRD** Motion of the above-referenced Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, it is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Declaration Regarding Electronic Filing be hereby extended to and including **November 23, 2018**.

Failure To complete the petition by November 23, 2018, will result in immediate dismissal of this case withiout further order or hearing

BY THE COURT:

Jeffery A. Deller    mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Lisia Cartwright
Lawrence W. Willis, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lisia Cartwright  
    Debtor

Case No. 18-70723-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db          +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Lawrence W. Willis    on behalf of Debtor Lisia Cartwright ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                              TOTAL: 4