**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−70723−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lisia Cartwright
   2009 12th Ave
   Altoona, PA 16602

Social Security No.:
   xxx−xx−8542

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
Telephone number:  412−235−1721

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 26, 2019
02:00 PM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

CONFIRMATION HEARING DATE/TIME/LOC
April 26, 2019
02:00 PM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/19/19

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70723-JAD
Lisia Cartwright                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala            Page 1 of 3            Date Rcvd: Mar 19, 2019
                              Form ID: rsc13        Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
```
db              +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
14927219         Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14927220       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bankamerica,    Po Box 982238,    El Paso, TX 79998)
14947923        +Becket & Lee,   POB 3001,    Malvern, PA 19355-0701
14927221        +C & G,   1201 12th St,    Altoona, PA 16601-3421
14947933       ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
                (address filed with court:   Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380)
14927224        +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14960651         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14927225        +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14927226        +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14927229        +Credit Protection Asso.,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14927232        +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
14927233        +KML Law,   701 Market St #5000,    Philadelphia, PA 19106-1541
14949098        +M&T Bank,   PO Box 1508,    Buffalo, NY 14240-1508
14927238         Nationwide,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14970104        +Penelec,   c/o FirstEnergy,    101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,
                 Holmdel, NJ 07733-1976
14947943        +Peoples Gas,   100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
14962476        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14927244        +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14927246        +Wells Fargo,   Po Box 5156,    Sioux Falls, SD 57117-5156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2019 02:15:51     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14927218        +E-mail/Text: g20956@att.com Mar 20 2019 02:16:15     AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14927217        +E-mail/Text: EBNProcessing@afni.com Mar 20 2019 02:16:07     Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
14927222         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 02:24:58     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14927223         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 02:24:36     Capital One,
                 1500 Capital One Drive,    Richmond, VA 23238
14927227        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2019 02:24:14     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14927228        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2019 02:24:15     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14927230        +E-mail/Text: Bankruptcy.Consumer@dish.com Mar 20 2019 02:16:00     Dish Network,   PO Box 94053,
                 Palatine, IL 60094-4053
14927231        +E-mail/Text: bankruptcynotices@dcicollect.com Mar 20 2019 02:16:14     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14927234        +E-mail/Text: bncnotices@becket-lee.com Mar 20 2019 02:15:41     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14940922         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2019 02:24:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14927235        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2019 02:24:15     Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
14927237         E-mail/Text: camanagement@mtb.com Mar 20 2019 02:15:47     M & T Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
14927236         E-mail/Text: camanagement@mtb.com Mar 20 2019 02:15:47     M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
14966045         E-mail/Text: camanagement@mtb.com Mar 20 2019 02:15:47     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
14947945         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 02:24:56
                 Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
14966087         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 02:24:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14928131        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 02:24:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14927239        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 02:24:09
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14927240        +E-mail/Text: bankruptcy@sccompanies.com Mar 20 2019 02:16:26     Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
14962869        +E-mail/Text: bankruptcy@sccompanies.com Mar 20 2019 02:16:26     Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14927241        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 02:24:53     Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
14927242        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 02:24:29     Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
```

```
District/off: 0315-7              User: aala                Page 2 of 3                  Date Rcvd: Mar 19, 2019
                                  Form ID: rsc13            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14927243       +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 02:24:30      Syncb/lane Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14961607        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2019 02:24:21      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
14927245       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 20 2019 02:15:37
                 Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14947920*      +AT&T Mobility,    PO Box 6416,    Carol Stream, IL 60197-6416
14947919*      +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
14947921*       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14947922*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
14947924*      +C & G,   1201 12th St,    Altoona, PA 16601-3421
14947925*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14947926*       Capital One,    1500 Capital One Drive,    Richmond, VA 23238
14947927*      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14947928*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14947929*      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14947930*      +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
14947931*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14947932*      +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14947934*      +Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
14947935*      +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14947936*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14947937*      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14947938*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14947939*      +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
14947941*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,    1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14947940*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,    Po Box 900,    Millsboro, DE 19966)
14947942*       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14947944*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14947946*      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14947947*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14947948*      +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14947949*      +Syncb/lane Furniture,    C/o Po Box 965036,    Orlando, FL 32896-0001
14947950*      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14947951*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14947952*      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                            TOTALS: 1, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                          Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-7          User: aala              Page 3 of 3              Date Rcvd: Mar 19, 2019
                              Form ID: rsc13          Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:

        James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Lisia   Cartwright ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 5