MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __CaRtwRight_____ JAD

Case Number: __18-70723__

Date of Meeting: __4/26/19__            Recording # _____
Debtor(s) present ___ or Not Present _✓_ (___No Payments Made or ___ partial payments)
Attorney for debtor(s) __Willis Alatas__ (Present _✓_ or Not Present____)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs


_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)      _✓_ Order to Show Cause Requested
_✓_ Meeting NOT HELD                                  _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
        On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

FILED 2019 MAY -2 P 12:55