# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** LISIA CARTWRIGHT
**Case Number:** 18-70723-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, JUNE 28, 2019  11:00 AM  COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Rule To Show Cause Why Case Should Not Be Dismissed For Debtor's Failure To Attend Scheduled § 341 Meetings of Creditors
- No Response Filed  [Due 6/21/2019]
R / M #:  48 / 0

### Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DeSIMONE
DEBTOR: LAWRENCE W. WILLIS, ESQUIRE
OUST: HILDENBRAND / WAHLQUIST

### Proceedings:

✓ Motion is GRANTED  /  DENIED    *Case Dismissed.*
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Order to be issued dismissing case**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
6/28/19 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA