IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/28/19 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

LISIA CARTWRIGHT,       :   Bankruptcy No. 18-70723-JAD
                        :
                        :   Issued Per 6/28/2019 Proceeding
                        :
        Debtor.         :   Chapter 13
_____X

ORDER DISMISSING CASE WITHOUT PREJUDICE
AND TERMINATING INCOME ATTACHMENT(S)

**AND NOW**, this **28th** day of **June, 2019, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____
**JEFFERY A. DELLER**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-70723-JAD
Lisia Cartwright                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: culy              Page 1 of 3           Date Rcvd: Jun 28, 2019
                               Form ID: pdf900         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
```
db             +Lisia Cartwright,    2009 12th Ave,    Altoona, PA 16601-2413
14927219        Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14927220      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14947923       +Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
14927221       +C & G,    1201 12th St,    Altoona, PA 16601-3421
14927229      ++CREDIT PROTECTION ASSOCIATION LP,     PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
               (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14947933      ++CREDITORS BANKRUPTCY SERVICE,     PO BOX 800849,    DALLAS TX 75380-0849
               (address filed with court: Creditors Bankruptcy Service,      PO Box 800849,   Dallas, TX 75380)
14927224       +Capital One - Best Buy,     P.O. Box 9001007,    Louisville, KY 40290-1007
14960651        Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
14927225       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14927226       +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14927232       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14927233       +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14949098       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14927238        Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14970104       +Penelec,   c/o FirstEnergy,     101 Crawford's Corner Rd.,     Bldg. #1, Ste. 1-511,
                 Holmdel, NJ 07733-1976
14947943       +Peoples Gas,    100 Allegheny Center Mall,    Pittsburgh, PA 15212-5331
14962476       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14927244       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14927246       +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14927218       +E-mail/Text: g20956@att.com Jun 29 2019 03:10:02      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14927217       +E-mail/Text: EBNProcessing@afni.com Jun 29 2019 03:09:47       Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
14927222        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 03:06:12       Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14927223        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 03:06:10       Capital One,
                 1500 Capital One Drive,    Richmond, VA 23238
14927227       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 29 2019 03:07:34       Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14927228       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 29 2019 03:06:54       Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14927230       +E-mail/Text: Bankruptcy.Consumer@dish.com Jun 29 2019 03:09:32       Dish Network,   PO Box 94053,
                 Palatine, IL 60094-4053
14927231       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 29 2019 03:10:01       Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14927234       +E-mail/Text: bncnotices@becket-lee.com Jun 29 2019 03:09:01       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14940922        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2019 03:07:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14927235       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2019 03:07:44       Lvnv Funding Llc,
                 Po Box 1269,    Greenville, SC 29602-1269
14927237        E-mail/Text: camanagement@mtb.com Jun 29 2019 03:09:08       M & T Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
14927236        E-mail/Text: camanagement@mtb.com Jun 29 2019 03:09:08       M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
14966045        E-mail/Text: camanagement@mtb.com Jun 29 2019 03:09:08       M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
14947945        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:06:17
                 Portfolio Recovery,    POB 12914,    Norfolk, VA 23541
14966087        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:06:48
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
14928131       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:06:47
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14927239       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:22:02
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4952
14927240       +E-mail/Text: bankruptcy@sccompanies.com Jun 29 2019 03:10:24       Seventh Avenue,   1112 7th Ave,
                 Monroe, WI 53566-1364
14962869       +E-mail/Text: bankruptcy@sccompanies.com Jun 29 2019 03:10:24       Seventh Avenue,
                 c/o Creditors Bankruptcy Service,     P.O. Box 800849,    Dallas, TX 75380-0849
14927241       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:06:39       Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
14927242       +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:06:07       Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
```

```
District/off: 0315-7           User: culy                Page 2 of 3                   Date Rcvd: Jun 28, 2019
                               Form ID: pdf900           Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14927243        +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 03:06:39      Syncb/lane Furniture,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14961607         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 29 2019 03:22:09      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK   73124-8838
14927245        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 29 2019 03:08:51
                 Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14947920*      +AT&T Mobility,    PO Box 6416,    Carol Stream, IL 60197-6416
14947919*      +Afni, Inc.,    Po Box 3097,    Bloomington, IL 61702-3097
14947921*       Atlantic Broadband,    200 Ebensburg Rd,    Johnstown, PA 15901
14947922*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,     Po Box 982238,    El Paso, TX 79998)
14947924*      +C & G,   1201 12th St,    Altoona, PA 16601-3421
14947925*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14947932*     ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
                 (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14947926*       Capital One,    1500 Capital One Drive,    Richmond, VA 23238
14947927*      +Capital One - Best Buy,    P.O. Box 9001007,    Louisville, KY 40290-1007
14947928*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14947929*      +Citibank,n.a,    Po Box 6191,    Sioux Falls, SD 57117-6191
14947930*      +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
14947931*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14947934*      +Dish Network,    PO Box 94053,    Palatine, IL 60094-4053
14947935*      +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14947936*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14947937*      +KML Law,    701 Market St #5000,    Philadelphia, PA 19106-1541
14947938*      +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14947939*      +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
14947941*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,     1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14947940*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M & T Bank,     Po Box 900,    Millsboro, DE 19966)
14947942*       Nationwide,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14947944*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14947946*      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14947947*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14947948*      +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14947949*      +Syncb/lane Furniture,    C/o Po Box 965036,    Orlando, FL 32896-0001
14947950*      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14947951*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14947952*      +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
                                                                                      TOTALS: 1, * 32, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: culy                Page 3 of 3              Date Rcvd: Jun 28, 2019
                              Form ID: pdf900           Total Noticed: 45
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Lisia  Cartwright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```