**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| LISIA CARTWRIGHT | Case No.:18-70723 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/08/2018 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 845.05 |
| Less Refunds to Debtor | 804.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 40.56 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 40.56 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 40.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9915 | | | | |
| M & T BANK | 20,463.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9915 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LISIA CARTWRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,100.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LISIA CARTWRIGHT | 804.49 | 804.49 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1776 | | | | |
| | BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0198 | | | | |
| | BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | C & G SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0283 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2262 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8778 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1028 | | | | |
| | CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8931 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 834.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 9856 | | | | |
| | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4422 | | | | |
| | CREDITORS BANKRUPTCY SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3929 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3400 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE NA** | 472.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 2731 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9856 | | | | |
| | M & T BANK | 1,152.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 5361 | | | | |
| | NATIONWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6111 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 1,150.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 4631 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5204 | | | | |
| | SEVENTH AVENUE | 284.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 1570 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 292.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 5204 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1315 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1315 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3250 | | | | |
| | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1454 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 146.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-70723 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|     Acct: 2103 | | | | | |
|     AT & T MOBILITY II LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|     ATLANTIC BROADBAND* | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|     PENELEC/FIRST ENERGY** | | 1,816.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 1384 | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 0.00 |
|---|---|---|

TOTAL CLAIMED
  PRIORITY                  0.00
  SECURED               20,463.38
  UNSECURED            6,151.84

 

Date: 08/16/2019                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com